IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NICHOLAS DEFOSSETT, | § § | |
| *Plaintiff,* | § § § | SA-21-CV-00257-DAE |
| vs. | § § | |
| STEINREAL CORPORATION, | § § § | |
| *Defendant.* | § § | |

## ADVISORY TO THE DISTRICT COURT

Before the Court is the above-styled cause of action, which was referred to the undersigned to hold a status conference within 30 days of the appearance of Defendant. On June 11, 2021, the Court held a status conference as directed by the Direct Court, at which all parties appeared through counsel via videoconference. Currently pending in this case is a Motion to Dismiss filed by Defendant, which informs the Court that Defendant is not the owner of the property that is the subject of this ADA lawsuit. The motion is ripe, as the time to respond has expired. *See* Local Rule CV-7(e). Yet no response has been filed. At the hearing, Plaintiff clarified that he is not opposed to the granting of the motion to dismiss and the dismissal of this suit without prejudice.

SIGNED this 14th day of June, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE