AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JUN 1 5 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| NICHOLAS DEFOSSETT<br>*Plaintiff*<br>v.<br>STEINREAL CORPORATION<br>*Defendant* | )<br>)<br>)  Civil Action No. SA-21-CV-257-DAE<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court GRANT'S Defendant's Motion to Dismiss and Dismisses Plaintiff's Claims without Prejudice. The Clerk shall enter this Judgment and CLOSE this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David Alan Ezra.

Date: 06/15/2021

CLERK OF COURT

_____ Wayne Garcia
*Signature of Clerk or Deputy Clerk*